IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE HAYES                                                    PLAINTIFF


    V.                          Civil No. 13-6069


NURSE MICHELLE REEVES and
SHERIFF LARRY SANDERS                                          DEFENDANTS


O R D E R

On this 29th day of August 2014, there comes on for consideration the report and recommendation filed in this case on August 7, 2014 (doc. 9), by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint (doc. 2) is DISMISSED WITH PREJUDICE for Plaintiff's willful failure to comply with the Local Rules and the Court's orders and for failing to prosecute this action.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge