```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION

TYRONE L. HAYES                                        PLAINTIFF

v.                        Case no. 13-6069

NURSE MICHELLE REEVES and
SHERIFF LARRY SANDERS                                 DEFENDANTS
```

**ORDER**

On August 29, 2014, the Court adopted the report and recommendation of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, dismissing Plaintiff's complaint for failure to prosecute and failure to obey Court orders (Doc. 27). On October 2, 2014, Plaintiff filed a notice of change of address with the Court. Now on this 26th day of May, 2015, there comes on for consideration the report and recommendation of Judge Bryant in regard to Plaintiff's *pro se* motion to reopen his case (Doc. 29). Also before the Court are Plaintiff's objections (Doc. 31).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion is DENIED. However, the U.S. District Clerk is directed to open a new case

with Plaintiff's complaint (Doc. 1) and provide him with a new IFP application to complete and return to the Court.

    IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge